UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMEH H. ATTIA,<br><br>Plaintiff<br><br>vs.<br><br>FCA US LLC,<br><br>Defendant. | Case No. 2:22-cv-00648-KJM-DB<br><br>Judge Kimberly J. Mueller<br><br>Magistrate Deborah Barnes<br><br>**ORDER GRANTING STIPULATION TO CONTINUE DISCOVERY DEADLINES**<br><br>Filed:        April 11, 2022 |

## ORDER

The Court, having considered the Stipulation to Continue Discovery Deadlines, filed by the Parties, and upon finding that good cause exists, hereby ORDERS as follows:

1. The Stipulation to Continue the Discovery Deadlines, including motions, and requests therein is GRANTED;

/////

-1-

2. The last day to hear dispositive motions is continued to October 13, 2023.

3. Expert discovery cutoff is continued to September 8, 2023.

4. Rebuttal expert disclosures are due on August 25, 2023.

5. Initial expert disclosures are due on August 11, 2023.

6. Fact discovery cutoff is continued to July 28, 2023.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 30, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE