1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMEH H. ATTIA,<br><br>          Plaintiff<br><br>   vs.<br><br>FCA US, LLC,<br><br>          Defendant. | Case No. 2:22-cv-00648-KMJ-DB<br><br>Judge Kimberly J. Mueller<br>Magistrate Deborah Barnes<br><br>**ORDER GRANTING STIPULATION TO CONTINUE TRIAL AND RELATED DEADLINES**<br><br>Filed:       April 11, 2022 |

## <u>ORDER</u>

The parties have filed a Second Stipulation to Continue Trial and Related Deadlines.  In the Stipulation, the parties represent for the second time that they are working towards finalizing a proposed protective order.  The parties are hereby directed to **submit** to the assigned Magistrate Judge, a proposed protective order for discovery only within the next **fourteen (14) calendar days**, as provided by Local Rule 141.1.

-1-

The court, having considered the parties' Stipulation, and good cause appearing, hereby **grants** the stipulated request to continue trial and related deadlines.  No further continuances will be granted absent a showing of extraordinary circumstances.

Accordingly, the court orders as follows:

a.      Last Date to Hear Dispositive Motions: January 26, 2024[1]

b.      Expert Discovery Cut-Off: December 8, 2023

c.      Expert Disclosure (Rebuttal): November 24, 2023

d.      Expert Disclosure (Initial): November 10, 2023

e.      Fact Discovery Cut-Off: October 27, 2023

IT IS SO ORDERED.

DATED:  August 9, 2023.

CHIEF UNITED STATES DISTRICT JUDGE

___
[1] The parties' identified date of January 12, 2024 is not available for hearing.