UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sameh H. Attia,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | No. 2:22-cv-00648-KJM-DB<br><br>**ORDER** |

　　　Plaintiff Sameh H. Attia accepted defendant FCA US, LLC's Offer of Judgment pursuant to Fed. R. Civ. P. 68 on September 5, 2023. *See* Req., ECF No. 22. Accordingly, the court hereby enters judgment in favor of plaintiff in the amount of $181,220.40 pursuant to the terms of the Rule 68 offer.

　　　**IT IS SO ORDERED**.

DATED: November 7, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1