UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sameh H. Attia,<br><br>        Plaintiff,<br><br>    v.<br><br>FCA US, LLC; and Does 1 through 10, inclusive<br><br>        Defendants. | Case No.: 2:22-cv-00648-KJM-DB<br><br>**ORDER GRANTING JOINT STIPULATION FOR ORDER TO CONTINUE PLAINTIFF'S MOTION FOR ATTORNEY'S FEES, COSTS AND EXPENSES AND JURISDICTION** |

On December 4, 2023, both Parties filed a Joint Stipulation to Continue Court's Jurisdiction Over Settlement filed by the parties.

The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby **grants** the Joint Stipulation and ORDERS as follows:

1. The Joint Stipulation is granted;
2. The Court continues the filing deadline of Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses from December 5, 2023 to February 5, 2024; and
3. The Court retains Jurisdiction over the action until Plaintiff's fees, costs and expenses are decided and funding satisfied.

IT IS SO ORDERED.

Dated:  December 5, 2023.

CHIEF UNITED STATES DISTRICT JUDGE