1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11   SAMEH H. ATTIA,                          Case No. 2:22-cv-00648-KJM-DB

12            Plaintiff,                       District Judge: Hon. Kimberly J.
                                               Mueller
13        vs.
                                               **ORDER**
14   FCA US, LLC; and DOES 1 through
     10, inclusive
15
              Defendants.
16

17

18   **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

19        Plaintiff SAMEH H. ATTIA ("Plaintiff") and defendant FCA US, LLC have

20   agreed FCA US, LLC will pay $8,000.00 to resolve plaintiff's attorneys' fees, costs,

21   and expenses.

22        Accordingly, the court hereby enters an ORDER for defendant to pay plaintiff

23   $8,000.00 to resolve attorneys' fees, costs, and expenses. Payment is to be made to

24   counsel for plaintiff by April 5, 2024. After satisfaction of payment, plaintiff will

25   dismiss this case with prejudice within 10 business days against all parties.

26        **IT IS SO ORDERED.**

27   DATED:  February 22, 2024.

28                            _____
                              CHIEF UNITED STATES DISTRICT JUDGE

                                    **ORDER**